# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| ~~Rene Robinson, Individually, and as ADMINISTRATRIX of the ESTATE OF VELVET LEE FOOTE~~ <br> *Plaintiff* <br> v. <br> LLC d/b/a Sava Senior Care, LLC d/b/a McGregor Down <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 4:19-CV-47-H |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

> The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

> The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

> This application is denied for these reasons:

Date: _____

_____
*Judge's signature*

_____
*Printed name and title*