$25.85

1007  27611  R2305K142023-16

Signature Requested

**USPS PRIORITY MAIL EXPRESS**

EE 458 418 423 US

CUSTOMER USE ONLY
FROM: (PLEASE PRINT) PHONE (252) 529-3911

Rene' Robinson
112 Gowen Drive
Roanoke Rapids, NC 27870

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT) PHONE (919) 645-1700

United States Court House
Clerk of Court
P.O. Box 25670
Raleigh, N.C. 27611

ZIP+4: 27611

ORIGIN (POSTAL SERVICE USE ONLY)
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 27870
Scheduled Delivery Date: 4/4/19
Postage: $25.85
Date Accepted: 4/3/19
Scheduled Delivery Time: ☑ 12 NOON
Time Accepted: 11:45 AM
Weight: 3 lbs 3.60 ozs
Acceptance Employee Initials: T.G.
Total Postage & Fees: $25.85

RECEIVED — APR 04 2019 — PETER A. MOORE, JR. CLERK, US DISTRICT COURT, EDNC

LABEL 11-B, JULY 2018  PSN 7690-02-000-9996

**EXPRESS**
OUR FASTEST SERVICE IN THE U.S.
🚐 PICKUP AVAILABLE
✒ SIGNATURE INCLUDED UPON REQUEST

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.

Case 4:19-cv-00047-H   Document 1-4   Filed 04/04/19   Page 1 of 1